IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KRISTA ANNETTE WIDEMAN, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 3:05-cv-555-DRH |
| CITY OF EAST ST. LOUIS, IL, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on the Motion for Leave to file Cross Claim filed by the defendant, David S. Qattoum, on June 15, 2006 (Doc. 30), the Motion for Leave to file Cross Claim filed by the defendant, Ronald Matthews, on June 15, 2006 (Doc. 31), and the Amended Motion for Leave to file Cross Claim filed by Qattoum on June 19, 2006 (Doc. 32).  The motion for leave filed by Qattoum is **MOOT**, the motion for leave filed by Matthews is **GRANTED**, and the amended motion for leave filed by Qattoum is **GRANTED**.  No party has objected to the motions and the time for response has passed.  As there has been no showing of prejudice and leave to amend is freely given pursuant to Federal Rule of Civil Procedure 15(a), the defendants shall file their cross-claims by **July 18, 2006**.

**DATED: July 13, 2006**

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**